# United States Bankruptcy Court
## Southern District of Texas

In re Rooted Enterprise, LLC
Debtor(s)

Case No.
Chapter 11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Stephanie Shoemake<br>2775 Barron Road<br>College Station, TX 77845 | Stock | 50 | Member |
| Steve Shoemake<br>2775 Barron Road<br>College Station, TX 77845 | Stock | 50 | Member |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **May 11, 2026**

Signature
Stephanie Shoemake

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.