**Fill in this information to identify the case:**

Debtor name **Rooted Enterprise, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number (if known) ______________

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ______________
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration ______________

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 11, 2026**

*X* Stephanie Shoemake with permissions by /s/ Elyse M. Farrow
Signature of individual signing on behalf of debtor

**Stephanie Shoemake**
Printed name

**Manager**
Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Rooted Enterprise, LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| **Name of creditor and complete mailing address, including zip code** | **Name, telephone number and email address of creditor contact** | **Nature of claim** (for example, trade debts, bank loans, professional services, and government contracts) | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Melissa Leonard, Tax Assessor-Collector Brazos County 4151 County Park Ct. Bryan, TX 77802** | | | | | | **$59,348.57** |
| **Valadez Accounting Inc. 3609 Brighton Bryan, TX 77802** | | **Professional Fees** | **Disputed** | | | **$2,741.01** |

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
## Southern District of Texas

In re **Rooted Enterprise, LLC** Case No. ______
Debtor(s) Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ **FLAT FEE**

For legal services, I have agreed to accept $ ______

Prior to the filing of this statement I have received $ ______

Balance Due $ ______

■ **RETAINER**

For legal services, I have agreed to accept and received a retainer of $ **8,515.50**

The undersigned shall bill against the retainer at an hourly rate of $ **See attached Rate Schedule**
[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

☐ Debtor ■ Other (specify):

3. The source of compensation to be paid to me is:

■ Debtor ☐ Other (specify):

HF received the following retainers from an affiliated company, BCS Peas in a Pod Learning Center LLC, for representation of the Debtor via ACH: On 1/29/26, HF received $5.00; on 2/2/26, HF received $5,000; on 4/25/26, HF received $8,500; on 5/1/26, HF received $8,238 (including $1,738 for Ch. 11). On 5/11/26, HF applied $11,489.50, plus $1,738 in filing fees (aggregate amount applied $13,227.50), leaving the balance of $8,515.50.

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d. [List other services that counsel has agreed to provide]
**Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
**Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

**HASELDEN FARROW PLLC**
**2026 FIRM RATES**

| | |
|---|---|
| Melissa A. Haselden | $625 |
| Elyse M. Farrow | $495 |
| Contract Attorneys | $495-$625 |
| Paraprofessionals | $195 |

In re **Rooted Enterprise, LLC** Case No. __________
Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

(Continuation Sheet)

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**May 11, 2026**
*Date*

/s/ Elyse M. Farrow

**Elyse M. Farrow 24062719**
*Signature of Attorney*
**Haselden Farrow, PLLC**
**708 Main Street**
**10th Floor**
**Houston, TX 77002**
**832-819-1149 Fax: 866-405-6038**
**efarrow@HaseldenFarrow.com**
*Name of law firm*

**United States Bankruptcy Court**
**Southern District of Texas**

In re **Rooted Enterprise, LLC** Debtor(s)

Case No. ____________
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **May 11, 2026**

**Stephanie Shoemake/Manager**
Signer/Title

Aron D. Hutchins
Holt & Hutchins PLLC
100 N. Parker Ave, Ste 112
Bryan, TX 77803

BCS Peas in a Pod Learning Center LLC
2775 Barron Road
College Station, TX 77845

City of College Station
1101 Texas Ave
College Station, TX 77840

Comptroller of Public Accounts
c/o Office of the Attorney General
Bankruptcy - Collections Division MC-008
PO Box 12548
Austin, TX 78711-2548

Comptroller of Public Accounts
PO Box 149359
Austin, TX 78714

Earl Gray
Brazos County Attorney
300 East 26th St
Suite 1300
Bryan, TX 77803

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Insolvency Section
1919 Smith Mail Stop HOU 5022
Houston, TX 77002

Internal Revenue Service
Department of Treasury
Ogden, UT 84201

Melissa Leonard, Tax Assessor-Collector
Brazos County
4151 County Park Ct.
Bryan, TX 77802

Office of the Attorney General
300 W 15th St
Austin, TX 78701

Office of the US Trustee
515 Rusk Avenue
Suite 3516
Houston, TX 77002

Prosperity Bank
23310 Cinco Ranch Blvd
Katy, TX 77494-2883

Prosperity Bank
c/o L. David Smith
2618 Kittansett Circle
Katy, TX 77450

Prosperity Bank
c/o Preston Towber
The Towber Law Firm PLLC
1111 Heights Blvd
Houston, TX 77008

Prosperity Bank
1862 Rock Prairie Road
College Station, TX 77845

Secretary of State
PO Box 13697
Austin, TX 78711-3697

Stephanie Shoemake
2775 Barron Road
College Station, TX 77845

Texas State Comp of Public Accts
111 E 17th Street
Austin, TX 78774-0100

Texas Workforce Commission
Bankruptcy Section
PO Box 149080
Austin, TX 78714-9080

U.S. Small Business Administration
8701 S. Gessner Drive Suite 1200
Houston, TX 77074

Valadez Accounting Inc.
3609 Brighton
Bryan, TX 77802

# United States Bankruptcy Court
## Southern District of Texas

In re **Rooted Enterprise, LLC** Debtor(s)

Case No.
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Rooted Enterprise, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**May 11, 2026**
Date

/s/ Elyse M. Farrow
**Elyse M. Farrow 24062719**
Signature of Attorney or Litigant
Counsel for **Rooted Enterprise, LLC**

**Haselden Farrow, PLLC**
**708 Main Street**
**10th Floor**
**Houston, TX 77002**
**832-819-1149 Fax:866-405-6038**
**efarrow@HaseldenFarrow.com**