IN THE UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE: CASE NO. 26-33356 (JPN)

ROOTED ENTERPRISE, LLC

DEBTOR CHAPTER 11

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF NOTICES AND OTHER DOCUMENTS

Notice is hereby given that Julie Anne Parsons of McCreary, Veselka, Bragg & Allen, P.C., P. O. Box 1269, Round Rock, Texas 78680, will appear as counsel for **The County of Brazos, Texas** in the above-entitled cas, and requests that service of notices and other documents be made upon this attorney of record.

Dated: May 12, 2026

Respectfully submitted,

MCCREARY, VESELKA, BRAGG & ALLEN, P.C.
Attorneys for The County of Brazos, Texas

*/s/ Julie Anne Parsons*

Julie Anne Parsons
State Bar Number 00790358
P.O. Box 1269
Round Rock, Texas 78680-1269
Telephone: (512) 323-3200
Fax: (512) 323-3205
Email: jparsons@mvbalaw.com

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above Notice of Appearance And Request For Service Of Notices And Other Documents to Elyse M Farrow, Haselden Farrow PLLC, 708 Main Street Ste 10th Floor, Houston, Texas 77002; Melissa Anne Haselden, Haselden Farrow PLLC, 708 Main Street Ste 10th Fl, Houston, Texas 77002; U. S. Trustee, 515 Rusk Ave, Ste. 3516, Houston, TX 77002, and to those parties listed on the Court's Notice of Electronic Filing on May 12, 2026, by CM/ECF Electronic Notification.

*/s/ Julie Anne Parsons*
Julie Anne Parsons