**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **ROOTED ENTERPRISE, LLC,** | § | **CASE NO. 26-33356** |
| | § | **CHAPTER 11** |
| **Debtor** | § | |

**NOTICE OF APPEARANCE UNDER BANKRUPTCY RULE 9010(b) AND REQUEST FOR NOTICE PURSUANT TO BANKRUPTCY RULES 2002, 3017 AND 9007**

PLEASE TAKE NOTICE that Prosperity Bank ("Creditor"), secured creditor and party in interest in the captioned proceeding, pursuant to Bankruptcy Rule 9010(b), hereby requests that all notices given or required to be given in this case and in any cases consolidated herewith, and all papers served or required to be served in this case and in any cases consolidated herewith, be given to and served upon their attorney of record as follows:

Preston T. Towber
The Towber Law Firm PLLC
1111 Heights Blvd.
Houston, Texas 77008
(832) 485-3555 Phone
preston@towberlaw.com

This request encompasses all notices, copies and pleadings referred to in Rules 2002, 3017 and 9007 of the Bankruptcy Rules of Procedure, including, without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings or requests, applications, and any other documents brought before this Court in this case, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, email or otherwise, which affect or seek to affect the captioned proceeding.

PLEASE TAKE FURTHER NOTICE that Creditor intends that neither this Entry of Appearance nor any later appearance, pleading, claim or suit shall waive (1) Creditor's right to have final orders in noncore matters and/or Stern matters entered only after de novo review by a District Judge, (2) Creditor's right to trial by jury in any proceeding or contested matter in this case or any case, controversy or proceeding related to this case, (3) Creditor's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal or to abstain on any matter or to remand any matter in this case, or (4) any other rights, claims, actions defenses, setoffs, or recoupments to which Creditor is or may be entitled under agreements, in law or in equity, all of which are expressly reserved.

Submitted this 29th day of May, 2026.

Respectfully submitted,

/s/ Preston T. Towber
Preston T. Towber
Texas State Bar No. 20152600;
Fed ID #8217
Towber Law Firm PLLC
1111 Heights Blvd
Houston, Texas 77008
(832) 485-3555 Phone
email: preston@towberlaw.com
ATTORNEYS for Prosperity Bank

CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Notice of Appearance Pursuant to Bankruptcy Rule 9010(b) and Request for Notice Pursuant to Bankruptcy Rule 2002(g) was sent to all persons listed below and/or on the ECF electronic service list to receive by electronic service either via electronic mail by the ECF system or regular mail on this 29th of May, 2026.

**Melissa A Haselden**
**Elyse Farrow**
Haselden Farrow PLLC
708 Main Street
Ste 10th Fl
Houston, TX 77002

**Jana Whitworth**
Office of the United States Trustee
515 Rusk St.
Ste. 3516
Houston, TX 77002

/s/Preston T. Towber