United States Bankruptcy Court
Southern District of Texas
**ENTERED**
June 16, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. (26-33356-11) |
| **ROOTED ENTERPRISE, LLC** | § | |
| | § | |
| Debtor. | § | |

**ORDER GRANTING DEBTOR'S APPLICATION**
**TO EMPLOY HASELDEN FARROW, PLLC**
ECF No. 10

The Court considered the Application to Employ Haselden Farrow, PLLC as Counsel filed by Rooted Enterprise, LLC ("**Rooted**" or "**Debtor**"), debtor and debtor-in-possession herein. The Court finds that the relief requested is in the best interest of the Debtor's estate; that Haselden Farrow, PLLC ("**HF**") represents no interest adverse to the Debtor in the matters upon which HF is to be engaged and is a disinterested person within the definition of 11 U.S.C. § 101(14); and that the application should be approved. Accordingly, it is

ORDERED THAT:

1. Pursuant to Bankruptcy Code Sections 327(a) and 330, Bankruptcy Rule 2014(a), and Bankruptcy Local Rule 2014-1, Debtor is authorized to employ and retain HF as its bankruptcy counsel effective as of May 11, 2026, as set forth herein.

2. Subject to further approval by this Court, HF shall be compensated for services performed in accordance with its normal billing practices and reimbursed for its necessary expenses incurred in representing Debtor in this case as set forth in Debtor's application to employ HF.

3. All allowed fees and expenses of HF shall constitute administrative expenses.

4. Elyse M. Farrow is designated as attorney-in-charge for the representation by HF of Debtor in this case.

5. HF shall apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with the Debtor's chapter 11 case in compliance with sections 330 and 331 of the Bankruptcy Code and applicable provisions of the Bankruptcy Rules, Local Rules, and any other applicable procedures and orders of the Court.

Signed: June 16, 2026

Jeffrey P. Norman
United States Bankruptcy Judge