United States Bankruptcy Court
Southern District of Texas
**ENTERED**
June 16, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| **ROOTED ENTERPRISE, LLC** | § | Case No. (26-33356-11) |
| | § | |
| Debtor. | § | |
| | § | |

**ORDER GRANTING DEBTOR'S APPLICATION**
**TO EMPLOY HASELDEN FARROW, PLLC**
ECF No. 10

The Court considered the Application to Employ Haselden Farrow, PLLC as Counsel filed by Rooted Enterprise, LLC ("**Rooted**" or "**Debtor**"), debtor and debtor-in-possession herein. The Court finds that the relief requested is in the best interest of the Debtor's estate; that Haselden Farrow, PLLC ("**HF**") represents no interest adverse to the Debtor in the matters upon which HF is to be engaged and is a disinterested person within the definition of 11 U.S.C. § 101(14); and that the application should be approved. Accordingly, it is

ORDERED THAT:

1. Pursuant to Bankruptcy Code Sections 327(a) and 330, Bankruptcy Rule 2014(a), and Bankruptcy Local Rule 2014-1, Debtor is authorized to employ and retain HF as its bankruptcy counsel effective as of May 11, 2026, as set forth herein.

2. Subject to further approval by this Court, HF shall be compensated for services performed in accordance with its normal billing practices and reimbursed for its necessary expenses incurred in representing Debtor in this case as set forth in Debtor's application to employ HF.

3. All allowed fees and expenses of HF shall constitute administrative expenses.

4. Elyse M. Farrow is designated as attorney-in-charge for the representation by HF of Debtor in this case.

5. HF shall apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with the Debtor's chapter 11 case in compliance with sections 330 and 331 of the Bankruptcy Code and applicable provisions of the Bankruptcy Rules, Local Rules, and any other applicable procedures and orders of the Court.

Signed: June 16, 2026

Jeffrey P. Norman
United States Bankruptcy Judge

United States Bankruptcy Court
Southern District of Texas

In re: Case No. 26-33356-jpn
Rooted Enterprise, LLC Chapter 11
Debtor

# CERTIFICATE OF NOTICE

District/off: 0541-4 User: ADIuser Page 1 of 2
Date Rcvd: Jun 16, 2026 Form ID: pdf002 Total Noticed: 2

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db | + | Rooted Enterprise, LLC, 1424 Fincastle Loop, College Station, TX 77845-9492 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| **Recip ID** | **Notice Type: Email Address** | **Date/Time** | **Recipient Name and Address** |
|---|---|---|---|
| cr | Email/Text: julie.parsons@mvbalaw.com | Jun 16 2026 20:52:00 | The County of Brazos, Texas, McCreary Veselka Bragg & Allen, PC, Attn: Julie Anne Parsons, PO Box 1269, Round Rock, TX 78680-1269 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| **Recip ID** | **Bypass Reason** | **Name and Address** |
|---|---|---|
| cr | | Prosperity Bank |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Elyse M Farrow | on behalf of Debtor Rooted Enterprise LLC efarrow@ecf.courtdrive.com, efarrow@ecf.courtdrive.com |
| Jana Smith Whitworth | on behalf of U.S. Trustee US Trustee jana.whitworth@usdoj.gov |

| | |
|---|---|
| Julie Anne Parsons | on behalf of Creditor The County of Brazos Texas jparsons@mvbalaw.com, amy.gates@mvbalaw.com;kalexander@mvbalaw.com;anne.garza@mvbalaw.com;julie.parsons@ecf.courtdrive.com |
| Melissa Anne Haselden | on behalf of Debtor Rooted Enterprise LLC mhaselden@haseldenfarrow.com, haseldenbankruptcy@gmail.com;haselden.melissaa.r104367@notify.bestcase.com;mhaselden@ecf.courtdrive.com;ecf.alert+haselden@titlexi.com |
| Preston T Towber | on behalf of Creditor Prosperity Bank preston@towberlaw.com prestontowber@gmail.com |
| US Trustee | USTPRegion07.HU.ECF@USDOJ.GOV |

TOTAL: 6