**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| **ROOTED ENTERPRISE, LLC** | § | |
| | § | Case No. 26-33356-11 |
| Debtor. | § | |
| | § | |

**ORDER GRANTING DEBTOR'S MOTION TO EXPEDITE HEARING ON DEBTOR'S MOTION FOR ORDER APPROVING AUTHORITY TO ENTER INTO PREMIUM FINANCE AGREEMENT WITH ETI FINANCIAL CORPORATION AND TO SHORTEN OBJECTION DEADLINE**

(Relates to Doc. No. 17 )

Upon consideration of Rooted Enterprise, LLC (**"Rooted"** or **"Debtor"**), debtor and debtor in possession, filed a motion for expedited consideration of the Debtor's Motion to Expedite Hearing on Debtor's Motion for Order Approving Authority to Enter Into Premium Finance Agreement with ETI Financial Corporation and to Shorten Objection Deadline (the **"Motion to Expedite"**), and sufficient cause appearing therefore, it is hereby:

**ORDERED** that an expedited hearing on the Motion to Expedite shall take place on _________, 2026 at _______.m. (CST) in Courtroom 403, United States Courthouse, 515 Rusk St., Houston, Texas. Parties are authorized to appear in person or virtually by video and telephone. Parties should consult the Court's website for instruction on appearing in court.

**ORDERED** that the objection deadline with respect to the Debtor's Motion for Order Approving Authority to Enter Into Premium Finance Agreement with ETI Financial Corporation (Doc. No. 17) is hereby shortened to fourteen (14) days from the date of service. Any party wishing to object to the Premium Finance Motion must file and serve a written objection on or before **July 3, 2026**. Any objection not timely filed and served may be deemed waived, and the relief requested in the Premium Finance Motion may be granted without further notice or hearing.

SIGNED this ______day of _______________, 2026.

______________________________________
**HONORABLE JEFFREY P. NORMAN**
**UNITED STATES BANKRUPTCY JUDGE**