**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re**: | § | |
| | § | |
| ***ROOTED ENTERPRISE, LLC*** | § | |
| | § | **Case No. (26-33356-11)** |
| **Debtor.** | § | |

**DEBTOR'S WITNESS AND EXHIBIT LIST**

| **UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF TEXAS<br>HOUSTON DIVISION** | |
|---|---|
| **Rooted Enterprise, LLC,<br>Case No. 26-33356** | **Name of Debtor: Rooted Enterprise, LLC** |
| **Witnesses:** | |
| 1.Stephanie Shoemake | Judge: Jeffrey P. Norman |
| 2.Any witness called by another party; and | Case Manager: Tracey Conrad |
| 3.Any witness necessary for rebuttal or impeachment | Hearing Date: August 10, 2026 |
| | Hearing Time: 10:30 a.m. |
| | Party's Name: Rooted Enterprise, LLC |
| | Attorney's Name: Elyse M. Farrow |
| | Attorney's Phone: 832-819-1149 |
| **Nature of Proceedings:**<br>1. *MOTION (I) FOR INTERIM AUTHORITY TO USE CASH UNDER 11 U.S.C. §363 AND §105 AND (II) REQUEST FOR A FINAL HEARING* [Doc. No. 12]<br>2. Order for Use of Cash Collateral (ECF NO. 12) [Docket No. 35]. | |

**EXHIBITS**

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1. | Voluntary Petition with Consent of Rooted Enterprise, LLC [Doc No. 1] | | | | |
| 2. | Notice of Proposed 60-day Cash Collateral Budget [Doc. No. 43, Exhibit "A"] | | | | |
| 3. | Declaration of Mailing of Order for Use of Cash Collateral (Docket No. 35) [Doc. No. 36] | | | | |
| 4. | Declaration of Stephanie Shoemake in Support of Debtor's Cash Collateral Motion [Docket No. 26] | | | | |
| 5. | June 2026 Operating Report [Doc. No. 41] | | | | |
| 6. | July 2026 Operating Report [Doc. No. 44] | | | | |
| 7. | Any exhibits listed by any other party and/or any exhibits listed for any other hearing set for the same date. | | | | |
| 8. | Any exhibits necessary for rebuttal, impeachment or refreshing the recollection of witnesses. | | | | |
| 9. | Any additional exhibits used for demonstrative purposes only. | | | | |

Debtor incorporates in the Exhibit List the pleadings and other papers filed in this bankruptcy case, and other court filings, as permitted by the rules and applicable authority, including Federal Rules of Evidence Rule 201 and requests the Court take judicial notice of such pleadings. Debtor further reserves the right to introduce or rely upon any exhibit designated by any party and to introduce any exhibit, document, or information to rebut or impeach any statement or testimony.

Dated: August 4, 2026

Respectfully submitted,

**HASELDEN FARROW PLLC**

By:*/s/ Elyse M. Farrow*
Elyse M. Farrow
State Bar No. 24062719
708 Main Street, 10th Floor
Houston, Texas 77002
Telephone: (832) 819-1149
Facsimile: (866) 405-6038
efarrow@haseldenfarrow.com
*Attorneys for Debtor and Debtor in Possession*
*Rooted Enterprise, LLC*

**OF COUNSEL:**
**HASELDEN FARROW PLLC**
MELISSA A. HASELDEN
State Bar No. 00794778
708 Main Street
10th Floor
Houston, Texas 77002
Telephone: (832) 819-1149
Facsimile: (866) 405-6038
mhaselden@haseldenfarrow.com
*Attorneys for Debtor and Debtor in Possession*
*Rooted Enterprise, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2026, a copy of the *Debtor's Exhibit and May Call Witness List* was served upon all parties registered to receive electronic notice of filings in this case through the Court's ECF notification system.

*/s/ Elyse M. Farrow*
Elyse M. Farrow