Case 26-33356 Document 32 Filed in TXSB on 08/04/26 Page 1 of 2

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re**: | § | |
| | § | |
| ***ROOTED ENTERPRISE, LLC*** | § | |
| | § | **Case No. (26-33356-11)** |
| **Debtor.** | § | |

# NOTICE OF CASH COLLATERAL BUDGET

[Relates to Doc. ## 12, 35]

Please take notice of filing of the following documents related to the *MOTION (I) FOR INTERIM AUTHORITY TO USE CASH UNDER 11 U.S.C. §363 AND §105 AND (II) REQUEST FOR A FINAL HEARING* [Doc. No. 12] and Order for Use of Cash Collateral (ECF NO. 12) [Docket No. 35]:

- Proposed 60 Day Budget attached hereto as Exhibit "A".

DATED: August 4, 2026

Respectfully submitted,

**HASELDEN FARROW PLLC**

By: /s/ Elyse M. Farrow
Elyse M. Farrow
State Bar No. 24062719
708 Main Street, 10th Floor
Houston, Texas 77002
Telephone: (832) 819-1149
Facsimile: (866) 405-6038
mhaselden@haseldenfarrow.com
*Attorneys for Debtor and Debtor in Possession*
*ROOTED ENTERPRISE, LLC*

EXHIBIT
2
exhibitsticker.com

**OF COUNSEL:**
**HASELDEN FARROW PLLC**
MELISSA A. HASELDEN
State Bar No. 00794778
708 Main Street
10th Floor
Houston, Texas 77002
Telephone: (832) 819-1149
Facsimile: (866) 405-6038
efarrow@haseldenfarrow.com
*Attorneys for Debtor and Debtor in Possession*
*ROOTED ENTERPRISE, LLC*

**CERTIFICATE OF SERVICE**

This certifies that on August 4, 2026, the Notice was served to the parties receiving notice via the Court's electronic case filing notification system.

By: */s/Elyse M. Farrow*
ELYSE M. FARROW

## Rooted Enterprise, LLC — Debtor-In-Possession

*Case No. 26-33356 | August 1 – September 30, 2026*

| | Wk 1 8/1-8/7 | Wk 2 8/8-8/14 | Wk 3 8/15-8/21 | Wk 4 8/22-8/31 | Aug Total | Wk 5 9/1-9/7 | Wk 6 9/8-9/14 | Wk 7 9/15-9/21 | Wk 8 9/22-9/30 | Sep Total |
|---|---|---|---|---|---|---|---|---|---|---|
| **INCOME** | | | | | | | | | | |
| Rent from PIAP | 16,981.33 | - | - | - | 16,981.33 | 16,981.33 | - | - | - | 16,981.33 |
| **Total Income** | **16,981.33** | **-** | **-** | **-** | **16,981.33** | **16,981.33** | **-** | **-** | **-** | **16,981.33** |
| **COURT-AUTHORIZED DISBURSEMENTS** | | | | | | | | | | |
| Adequate Protection – Prosperity Bank | 15,000.00 | - | - | - | 15,000.00 | 15,000.00 | - | - | - | 15,000.00 |
| Property Insurance – ETI premium | - | 1,858.00 | - | - | 1,858.00 | - | 1,858.00 | - | - | 1,858.00 |
| U.S. Trustee Quarterly Fee | - | - | - | - | - | - | - | - | - | - |
| Bank Service Charges | - | - | - | - | - | - | - | - | - | - |
| **Total Disbursements** | **15,000.00** | **1,858.00** | **-** | **-** | **16,858.00** | **15,000.00** | **1,858.00** | **-** | **-** | **16,858.00** |
| **Net Cash Flow** | **1,981.33** | **(1,858.00)** | **-** | **-** | **123.33** | **1,981.33** | **(1,858.00)** | **-** | **-** | **123.33** |
| **CASH POSITION** | | | | | | | | | | |
| **Ending Cash Balance** | **8,756.33** | **6,898.33** | **6,898.33** | **6,898.33** | **6,898.33** | **8,879.66** | **7,021.66** | **7,021.66** | **7,021.66** | **7,021.66** |
| **DESIGNATED RESERVE (collected, not yet payable)** | | | | | | | | | | |
| U.S. Trustee fee allocation | 108.33 | - | - | - | 108.33 | 108.33 | - | - | - | 108.33 |
| Bank service fee allocation | 15.00 | - | - | - | 15.00 | 15.00 | - | - | - | 15.00 |
| **Cumulative Reserve Balance** | **123.33** | **123.33** | **123.33** | **123.33** | **123.33** | **246.66** | **246.66** | **246.66** | **246.66** | **246.66** |
| **Operating Cash (Ending Cash less Reserve)** | | | | | **6,775.00** | | | | | **6,775.00** |

**EXHIBIT**

**A**

exhibitsticker.com