# WITNESS AND EXHIBIT LIST

| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF TEXAS<br>HOUSTON DIVISION | |
|---|---|
| Main Case No: 26-33356 | Name of Debtor: Rooted Enterprise, LLC |
| Adversary No: | Style of Adversary: |
| | |
| Witnesses: Stephanie Shoemake | |
| Steven Shoemake | Judge: Hon. Jeffrey Norman |
| | Courtroom Deputy: Ms Tracey Conrad |
| | Hearing Date: August 10, 2026 |
| | Hearing Time: 10:30 am |
| Any witness designated by any other party | Party's Name: Prosperity Bank |
| Any rebuttal or impeachment witnesses | Attorney's Name: Preston T Towber |
| | Attorney's Phone: 832-485-3555 |
| | Nature of Proceeding: Debtor's Motion (I) For Interim Authority to Use Cash Under 11 USC section 363 and 105 and (II) Request for Final Hearing [Docket No. 12] and Interim Order [35] |

EXHIBITS

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1 | Assignment of Rents | | | | |
| 2 | Lease Agreement | | | | |
| 3 | 2025 Tax Bill | | | | |
| 4 | #40 Amended Schedules | | | | |
| | Any exhibit designated by any other party | | | | |
| | Judicial Notice of Pleadings, Proofs of Claim, Orders and documents filed in this case | | | | |
| | Any impeachment or rebuttal exhibits | | | | |
| | Any additional exhibits used for demonstrative purposes only. | | | | |
| | Any exhibits entered into evidence at the interim cash collateral hearing conducted on June 30, 2026 | | | | |
| | | | | | |
| | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Prosperity Bank reserves the right to amend or supplement this Exhibit and Witness List as necessary in advance of the hearing.

Respectfully submitted,

*/s/ Preston T. Towber*
Preston T. Towber
State Bar No. 20152600; Fed ID: 8217
The Towber Law Firm, PLLC
1111 Heights Blvd
Houston, Texas 77008
Tel: (832) 485-3555
Fax: (832) 626-3953
*preston@towberlaw.com*
ATTORNEY FOR PROSPERITY BANK

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Witness and Exhibit has been served upon the parties listed below, either by United States Mail, postage prepaid or electronically by the ECF system, on this the 6th day of August, 2026.

Melissa Haselden
Elysse Farrow
708 Main, 10th Fl
Houston TX 77002

Jana Whitworth
Office of the United States Trustee
515 Rusk St
Ste 3516
Houston, TX 77002

/s/ Preston T. Towber