Prosperity Bank
1205 N Navarro St
Victoria, TX 77901-6022

Request Date: 08/09/2026

Request sent by: EMAIL

Lender: S-Rand Lassus

| | |
|---|---|
| PRIMARY MORTGAGOR | ROOTED ENTERPRISE LLC |
| COLLATERAL | FLDT ON REAL ESTATE; ALL FURNITURE, FIXTURES AND EQUIPMENT; LIFE INSURANCE AND MORE |

THIS IS AN ESTIMATED STATEMENT PROJECTING THE TOTAL AMOUNT DUE UNDER THE TERMS OF THE NOTE/SECURITY INSTRUMENT THROUGH THE ESTIMATED CLOSING DATE WHICH IS 10/30/2026. ANY ADDITIONAL FEES AND CHARGES WILL CONTINUE TO BE ASSESSED TO THE LOAN BALANCES. You should obtain from us an updated payoff amount before closing. For any questions about your payoff please call 281-574-8666.

| | | |
|---|---|---|
| Loan # | 115540 | |
| Unpaid Principal | $2,034,115.95 | |
| Accrued Interest | $353,065.82 | as of 10/30/2026 |
| Late Charges | $4,254.50 | |
| Prepayment Penalty | $20,341.16 | |
| Charges/Fees | $49,660.92 | |
| Unapplied Funds | $0.00 - | |
| Rebate | $0.00 | |
| Total Payoff Amount | $2,461,438.35 | |

If payoff is received after 5:00 pm central time, payoff will be subject to an additional $1,003.1257 of interest per day. Funds must be received by posting cut off times for same day processing. Payoffs are not posted on weekends or holidays. Interest will be added to the account for these days.

Wire Instructions:

| | |
|---|---|
| Beneficiary/Receiving Bank | Prosperity Bank |
| Beneficiary Bank ABA | 113122655 |
| Beneficiary Account Number | Loan # 115540 |
| Special Information to Beneficiary | ROOTED ENTERPRISE LLC |

Disclaimer: This payoff quote is provided to you for informational purposes only and is not an attempt to recover any debt against you personally. If you have filed bankruptcy, you may not legally be obligated to provide a payment of this loan. In this case, Prosperity Bank will not and cannot seek or demand payment from you for any discharged balance.