**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re**: | § | |
| | § | |
| **ROOTED ENTERPRISE, LLC** | § | |
| | § | **Case No. (26-33356-11)** |
| **Debtor.** | § | |

**CERTIFICATE OF SERVICE**

I certify that on August 16, 2026, I caused to be served copies of the following documents by U.S. mail to the attached creditors:

- **DEBTOR'S EXPEDITED MOTION FOR ORDER AUTHORIZING AND APPROVING SALE OF REAL PROPERTY FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS PURSUANT TO 11 U.S.C. §§ 105 AND 363 [Docket No. 52]; and**

- **DEBTOR'S MOTION TO EXPEDITE HEARING ON DEBTOR'S EXPEDITED MOTION FOR ORDER AUTHORIZING AND APPROVING SALE OF REAL PROPERTY FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS PURSUANT TO 11 U.S.C. §§ 105 AND 363 AND TO SHORTEN OBJECTION DEADLINE [Docket No. 53].**

*/s/ Elyse M. Farrow*
Elyse M. Farrow

Label Matrix for local noticing
0541-4
Case 26-33356
Southern District of Texas
Houston
Mon Jun 1 22:18:30 CDT 2026

Rooted Enterprise, LLC
1424 Fincastle Loop
College Station, TX 77845-9492

The County of Brazos, Texas
McCreary Veselka Bragg & Allen, PC
Attn: Julie Anne Parsons
PO Box 1269
Round Rock, TX 78680-1269

4
United States Bankruptcy Court
PO Box 61010
Houston, TX 77208-1010

Aron D. Hutchins
Holt & Hutchins PLLC
100 N. Parker Ave, Ste 112
Bryan, TX 77803-3254

BCS Peas In A Pod Learning Center LLC
2775 Barron Road
College Station, TX 77845-9116

City of College Station
1101 Texas Ave
College Station, TX 77840-2433

(p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528

Comptroller of Public Accounts
c/o Office of the Attorney General
Bankruptcy - Collections Division MC-008
PO Box 12548
Austin, TX 78711-2548

Earl Gray
Brazos County Attorney
300 East 26th St
Suite 1300
Bryan, TX 77803-5361

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

McCrary & Clark PLLC
PO Box 1847
Cypress, TX 77410-1847

Melissa Leonard Tax Assessor-Collector
Brazos County
4151 County Park Ct.
Bryan, TX 77802-1430

North Texas Certified Development
1255 W. 15th Street Suite 500
Plano, TX 75075-7295

Office of the Attorney General
300 W 15th St
Austin, TX 78701-1649

Office of the US Trustee
Jana Whitworth
515 Rusk Avenue, Suite 3516
Houston, TX 77002-2604

Prosperity Bank
1862 Rock Prairie Road
College Station, TX 77845-5949

Prosperity Bank
23310 Cinco Ranch Blvd
Katy, TX 77494-2883

Prosperity Bank
c/o L. David Smith
2618 Kittansett Circle
Katy, TX 77450-8525

Prosperity Bank
c/o Preston Towber
The Towber Law Firm PLLC
1111 Heights Blvd
Houston, TX 77008-6915

Secretary of State
PO Box 13697
Austin, TX 78711-3697

Starkweather Law Office
3736 Eubank Blvd NE
Albuquerque, NM 87111-3582

Stephanie Shoemake
2775 Barron Road
College Station, TX 77845-9116

Texas State Comp of Public Accts
111 E 17th Street
Austin, TX 78774-0100

Texas Workforce Commission
Bankruptcy Section
PO Box 149080
Austin, TX 78714-9080

The County of Brazos, Texas
c/o McCreary, Veselka, Bragg & Allen
P.O. Box 1269
Round Rock, TX 78680-1269

U.S. Small Business Administration
8701 S. Gessner Drive Suite 1200
Houston, TX 77074-2944

US Trustee
Office of the US Trustee
515 Rusk Ave
Ste 3516
Houston, TX 77002-2604

Valadez Accounting Inc.
3609 Brighton
Bryan, TX 77802-5802

Elyse M Farrow
Haselden Farrow PLLC
708 Main Street
Ste 10th Floor
Houston, TX 77002-3246

Melissa Anne Haselden
Haselden Farrow PLLC
708 Main Street
Ste 10th Fl
Houston, TX 77002-3246

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Comptroller of Public Accounts
PO Box 149359
Austin, TX 78714

Internal Revenue Service
Department of Treasury
Ogden, UT 84201

(d)Internal Revenue Service
Insolvency Section
1919 Smith Mail Stop HOU 5022
Houston, TX 77002

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Prosperity Bank

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 31 |
| Bypassed recipients | 1 |
| Total | 32 |