United States Bankruptcy Court
Southern District of Texas
**ENTERED**
August 17, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO: 26-33356** |
| **ROOTED ENTERPRISE, LLC,** | § | |
| | § | |
| **Debtor.** | § | |
| | § | |
| | § | **CHAPTER 11** |

**ORDER SETTING HEARING**

The Motion to Expedite Hearing (ECF No. 53) is Granted. Hearing is set on the Motion for Order Authorizing Sale of Real Property (ECF No. 52) at 11:00 a.m. on Wednesday, September 9, 2026, in Courtroom 403, United States Courthouse, 515 Rusk St., Houston, Texas. The response deadline is 5:00 p.m. on September 4, 2026. Requested relief that is unopposed by written response prior to the response deadline may be ruled on without the necessity of a hearing. The Court may grant or deny any relief sought in any motion/application or objection without hearing based on responsive pleadings. The movant shall serve a copy of this order on all affected parties within 24 hours and file a certificate of service; **or** file and serve a hearing notice within 24 hours, which must include the response deadline.

**Personal appearance of counsel and witnesses are required for any contested evidentiary hearing. Procedures for agreed continuances are available on the Court's website. Uncontested or non-evidentiary hearings may be made virtually.**[1]

**SO ORDERED**.

SIGNED 08/17/2026

Jeffrey Norman
United States Bankruptcy Judge

[1] The Court's website is located at www.txs.uscourts.gov/page/united-states-bankruptcy-judge-jeffrey-p-norman.