**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re**: | § | |
| **ROOTED ENTERPRISE, LLC** | § | |
| | § | **Case No. (26-33356-11)** |
| **Debtor.** | § | |

**SUPPLEMENTAL UNSWORN DECLARATION OF MAILING**

I, Maria Mendoza, am an employee of Array, with offices located at 6703 Chimney Rock, Houston, TX. On August 17, 2026, at the request of Haselden Farrow PLLC, I caused the document(s) referenced below to be served on the parties listed in the attached service list by placing true copies of the document in the United States Mail, first class postage prepaid:

- **DEBTOR’S EXPEDITED MOTION FOR ORDER AUTHORIZING AND APPROVING SALE OF REAL PROPERTY FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS PURSUANT TO 11 U.S.C. §§ 105 AND 363 [Docket No. 52]; and**

- **DEBTOR'S MOTION TO EXPEDITE HEARING ON DEBTOR'S EXPEDITED MOTION FOR ORDER AUTHORIZING AND APPROVING SALE OF REAL PROPERTY FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS PURSUANT TO 11 U.S.C. §§ 105 AND 363 AND TO SHORTEN OBJECTION DEADLINE [Docket No. 53].**

This is a supplemental mailing to the mailing on August 16, 2026. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Maria Mendoza
*Signature*

Maria Mendoza
*Type Name*

**Additional Notice Parties:**

Oscar & Donna Properties LLC
PO Box 12407
College Station, TX 77845

Patrick Murphy
Murphy & Vickers, P.C.
2525 North Loop W, Suite 250
Houston, TX 77008

Guidehouse LLP
c/o Computershare Trust Company NA
Corporate Trust Service-SBA 504 Program Tean
9062 Old Annapolis Road
Columbia, MD 21045-1951

Steven Shoemake
2775 Barron Road
College Station, TX 77845-9116

Peas in a Pod Learning Center
2033 Harvey Mitchell Pkwy S
College Station, TX 77840-5102

United States Attorney's Office, Southern District of Texas
Attn: Civil Process Clerk
1000 Louisiana Street, Suite 2300
Houston, TX 77002

United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW, Room 2242
Washington, DC 20530