**WITNESS AND EXHIBIT LIST**

| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF TEXAS<br>HOUSTON DIVISION | |
|---|---|
| Main Case No: 26-33356 | Name of Debtor: Rooted Enterprise, LLC |
| Adversary No: | Style of Adversary: |
| | |
| Witnesses: Stephanie Shoemake | |
| Steven Shoemake | Judge: Hon. Jeffrey Norman |
| Rand Lassus | Courtroom Deputy: Ms. Tracey Conrad |
| Michael Andrew McLain (expert witness on value) | Hearing Date: September 9, 2026 |
| Rick Lemons, LKG Realty Advisors | Hearing Time: 11:00 am |
| Preston Towber (attorney's fees) | Party's Name: Prosperity Bank |
| L David Smith (attorney's fees) | Attorney's Name: Preston T Towber |
| Any witness designated by any other party | Attorney's Phone: 832-485-3555 |
| Any impeachment or rebuttal exhibits | |
| | Nature of Proceeding: Debtor's Expedited Motion For Order Authorizing And Approving Sale Of Real Property Free And Clear Of All Liens, Claims, Encumbrances Or Other Interests Pursuant To 11 USC Section 105 And 363 [Docket No. 52] |

EXHIBITS

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1 | Prosperity Bank's Proof of Claim | | | | |
| 2 | Appraisal dated April 25, 2026 | | | | |
| 3 | Michael A. McLain CV for expert testimony | | | | |
| 4 | Amended Schedules | | | | |
| 5 | Order on Cash Collateral | | | | |
| 6 | Agreed Order | | | | |
| 7 | Bank projected payoff October 30, 2026 | | | | |
| 8 | Towber Law postpetition invoices (redacted) | | | | |
| 9 | Smith postpetition invoices (redacted). | | | | |
| | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | Any exhibit designated by any other party | | | | |
| | Judicial Notice of Docket, Pleadings, Proofs of Claim, Orders, documents and hearing transcripts filed in this case | | | | |
| | Any impeachment or rebuttal exhibits | | | | |
| | Any additional exhibits used for demonstrative purposes only | | | | |
| | | | | | |

Prosperity Bank reserves the right to amend or supplement this Exhibit and Witness List as necessary in advance of the hearing.

Respectfully submitted,

*/s/ Preston T. Towber*

Preston T. Towber
State Bar No. 20152600; Fed ID: 8217
The Towber Law Firm, PLLC
1111 Heights Blvd
Houston, Texas 77008
Tel: (832) 485-3555
Fax: (832) 626-3953
*preston@towberlaw.com*
ATTORNEY FOR PROSPERITY BANK

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of this Witness and Exhibit has been served upon the parties listed below, either by United States Mail, postage prepaid or electronically by the ECF system, on this the 4th day of September, 2026.

Melissa A. Haselden
Elysse M. Farrow
708 Main, 10th Fl
Houston TX 77002

Jana Whitworth
Office of the United States Trustee
515 Rusk St
Ste 3516
Houston, TX 77002

/s/ Preston T. Towber