**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re**: | § | |
| | § | |
| ***ROOTED ENTERPRISE, LLC*** | § | |
| | § | **Case No. (26-33356-11)** |
| **Debtor.** | § | |

**DEBTOR'S WITNESS AND EXHIBIT LIST**

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF TEXAS<br>HOUSTON DIVISION** | |
| **Rooted Enterprise, LLC,<br>Case No. 26-33356** | **Name of Debtor: Rooted Enterprise, LLC** |
| **Witnesses:** | |
| 1.Stephanie Shoemake | Judge: Jeffrey P. Norman |
| 2.Rick Lemons | Case Manager: Tracey Conrad |
| 3.Any witness called by another party; and | Hearing Date: September 9, 2026 |
| 4.Any witness necessary for rebuttal or impeachment | Hearing Time: 11:00 a.m. |
| | Party's Name: Rooted Enterprise, LLC |
| | Attorney's Name: Elyse M. Farrow |
| | Attorney's Phone: 832-819-1149 |

**Nature of Proceedings:**

1. Motion For Sale of Real Property Free and Clear of Liens as Described in Section 363(f) [Doc. No. 52];
2. Motion to Expedite Hearing (ECF NO. 52) [Doc. 53];
3. Order Setting Hearing (ECF NOS. 52, 53) [Docket No. 55].

**EXHIBITS**

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1. | Voluntary Petition with Consent of Rooted Enterprise, LLC [Doc No. 1] | | | | |
| 2. | Order Granting Application to Employ Rick Lemons as Real Estate Broker (Doc. No. 23) [Doc. No. 33] | | | | |
| 3. | Agreed Order on Continued Use of Cash Collateral and Conditioning Automatic Stay Setting Hearing (Doc. No. 12) [Doc. No. 49] | | | | |
| 4. | Declaration of Mailing of Order for Use of Cash Collateral (Docket No. 49) [Doc. No. 51] | | | | |
| 5. | Listing Agreement [Doc. No. 23-1] | | | | |
| 6. | Commercial Sale Contract including Exhibits A & B | | | | |
| 7. | Proposed HUD-1 | | | | |
| 8. | Declaration of Stephanie Shoemake in Support of Motion for Sale of Real Property [*To Be Supplemented*] | | | | |
| 9. | Declaration of Rick Lemons in Support of Motion for Sale of Real Property [*To Be Supplemented*] | | | | |
| 10. | Certificate of Mailing Motion for Sale of Property (Doc. No. 52), and Motion to Expedite Hearing (Doc. No. 53) [Doc. No. 54] | | | | |
| 11. | Declaration of Mailing Motion for Sale of Property (Doc. No. 52) [Doc. No. 56] | | | | |
| 12. | Supplemental Declaration of Mailing Motion for Sale of Property (Doc. No. 52) [Doc. No. 58] | | | | |
| 13. | Declaration of Mailing Order Setting Hearing (Doc. No. 55) [Doc. No. 57] | | | | |
| 14. | July 2026 Operating Report [Doc. No. 44] | | | | |
| 15. | Prosperity Claim [Proof of Claim 2-1] | | | | |
| 16. | Prosperity Payoff Estimate | | | | |
| 17. | Schedules A/B [Doc. No. 9] | | | | |
| 18. | SBA UCC-1 Filing | | | | |
| 19. | SBA Note | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 20. | Any exhibits listed by any other party and/or any exhibits listed for any other hearing set for the same date. | | | | |
| 21. | Any exhibits necessary for rebuttal, impeachment or refreshing the recollection of witnesses. | | | | |
| 22. | Any additional exhibits used for demonstrative purposes only. | | | | |

Debtor incorporates in the Exhibit List the pleadings and other papers filed in this bankruptcy case, and other court filings, as permitted by the rules and applicable authority, including Federal Rules of Evidence Rule 201 and requests the Court take judicial notice of such pleadings. Debtor further reserves the right to introduce or rely upon any exhibit designated by any party and to introduce any exhibit, document, or information to rebut or impeach any statement or testimony.

Dated: September 4, 2026

Respectfully submitted,

**HASELDEN FARROW PLLC**

By:/s/ *Elyse M. Farrow*
Elyse M. Farrow
State Bar No. 24062719
708 Main Street, 10th Floor
Houston, Texas 77002
Telephone: (832) 819-1149
Facsimile: (866) 405-6038
efarrow@haseldenfarrow.com
*Attorneys for Debtor and Debtor in Possession*
*Rooted Enterprise, LLC*

**OF COUNSEL:**
**HASELDEN FARROW PLLC**
MELISSA A. HASELDEN
State Bar No. 00794778
708 Main Street

10th Floor
Houston, Texas 77002
Telephone: (832) 819-1149
Facsimile: (866) 405-6038
mhaselden@haseldenfarrow.com
*Attorneys for Debtor and Debtor in Possession*
*Rooted Enterprise, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 4, 2026, a copy of the *Debtor's Exhibit and May Call Witness List* was served upon all parties registered to receive electronic notice of filings in this case through the Court's ECF notification system.

*/s/ Elyse M. Farrow*
Elyse M. Farrow