**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **ROOTED ENTERPRISE, LLC,** | § | CASE NO. 26-33356 |
| | § | |
| *Debtor.* | § | CHAPTER 11 |

**STIPULATION AND AGREED ORDER EXTENDING DEADLINES TO OBJECT TO DEBTOR'S MOTION FOR ORDER AUTHORIZING AND APPROVING SALE OF REAL PROPERTY FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS PURSUANT TO 11 U.S.C. §§ 105 AND 363**
(Relates to Doc. Nos. 52, 55, 60)

Rooted Enterprise, LLC, debtor and debtor-in-possession (the "Debtor"), Prosperity Bank ("Prosperity"), and the United States Small Business Administration ("SBA," and together with the Debtor and Prosperity, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

1. On August 16, 2026, the Debtor filed its Motion for Sale of Real Property Free and Clear of Liens as Described in Section 363(f) [Doc. No. 52] (the "Motion"), seeking authority to sell the real property commonly known as 2775 Barron Road, College Station, Texas 77845 (the "Property") to Oscar and Donna Properties, LLC.

2. On August 17, 2026, the Court entered its Order Setting Hearing [Doc. No. 55], granting the Debtor's Motion to Expedite Hearing [Doc. No. 53] and setting a hearing on the Motion for September 9, 2026 at 11:00 a.m. in Houston, Courtroom 403 (the "Sale Hearing").

3. Prosperity holds a first-priority lien on the Property, and SBA holds a second-priority lien on the Property. The current deadline for objections to the Motion is September 4, 2026 at 5:00 p.m. (CST) (the "Current Deadline").

4. The Parties have conferred and agree, subject to approval of this Court, to extend the Current Deadline solely as to Prosperity and SBA, as follows, without altering the Current Deadline as to any other party in interest and without altering the September 9, 2026 date of the Sale Hearing:

   a. Prosperity's and SBA's deadline to object to the Motion is extended to Tuesday, September 8, 2026 at 5:00 p.m. (CST).

.

5. This Stipulation applies only to the deadline to object to the Motion for Prosperity and SBA. It does not extend, toll, or otherwise affect the objection deadline applicable to any other party in interest.

6. This Stipulation is entered into solely to accommodate the Parties' ongoing, good-faith discussions regarding resolution of the Motion and the proposed sale of the Property, and shall not be construed as a waiver, release, or admission by any Party of any claim, defense, right, or position with respect to the Motion, the proposed sale, the treatment of any Party's lien, claim, or interest, or any other matter in this case. Each Party expressly reserves all rights, claims, and defenses it may have, including, without limitation, the right to object to the Motion on or before its respective extended deadline set forth above.

7. Nothing in this Stipulation shall be deemed to constitute consent by Prosperity or SBA to the relief requested in the Motion, or a waiver of either party's right to object to the Motion in whole or in part on or before its respective extended deadline.

8. The Parties respectfully request that the Court enter this Stipulation as an Agreed Order.

**STIPULATED AND AGREED:**

HASELDEN FARROW PLLC

*/s/ Melissa A. Haselden*
Melissa A. Haselden
State Bar no. 00794778
708 Main St, 10th Floor
Houston, Texas 77002
Ph: (832)819-1149
Email: mhaselden@haseldenfarrow.com
**ATTORNEYS FOR DEBTOR**
**ROOTED ENTERPRISE, LLC**

TOWBER LAW FIRM PLLC

*Preston T. Towber with permission by /s/ Melissa A. Haselden*
Preston T. Towber
Texas State Bar No. 20152600; Fed ID #8217
1111 Heights Blvd
Houston, Texas 77008
(832) 485-3555 Phone
Email: preston@towberlaw.com
**ATTORNEYS FOR PROSPERITY BANK**

AARON F. REITZ
UNITED STATES ATTORNEY

*Paul B. Moore with permission by /s/ Melissa A. Haselden*
Paul B. Moore
Assistant United States Attorney
Texas Bar No. 24032755
Southern District of Texas Bar No. 802542
1000 Louisiana, Suite 2300
Houston, Texas 77002
Telephone: (713) 567-9779
Facsimile: (713) 718-3300
Email: Paul.Moore@usdoj.gov
**ATTORNEYS FOR THE**
**UNITED STATES OF AMERICA**

**SO ORDERED:**

Dated:

____________________________________
JEFFREY P. NORMAN
UNITED STATES BANKRUPTCY JUDGE